# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-04401-SVW-AFM | Date | November 2, 2017 |
|---|---|---|---|
| Title | Jose Amador Jacobo v. Thi Nguyen et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

  The Court, on October 10, 2017, extended its order to show cause why this action should not be dismissed for lack of prosecution to October 31, 2017 to afford plaintiff an opportunity to settle or show cause why the case should be dismissed. To date, plaintiff has failed to respond to the Court's order. Therefore, the matter is dismissed.

                                        :

Initials of Preparer      PMC